UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BOSTON MUTUAL LIFE　　　　　　　　　　:
INSURANCE COMPANY,
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　:
vs.　　　　　　　　　　　　　　　　　　　　　　No. 06 - 0846
　　　　　　　　　　　　　　　　　　　　　　:
JANICE L. JONES and
LASHAWN E. MILLS,　　　　　　　　　　:

　　　　　　　Defendants.　　　　　　　　　:

## ORDER OF COURT

AND NOW, to-wit, this 26th day of October, 2006, it appearing that there has been a resolution of the above matter pursuant to a Motion to Settle and Discontinue filed herein, it is hereby ORDERED that the Clerk of the United States Court for the Western District of Pennsylvania shall distribute the sum of Thirty-seven Thousand Six Hundred Sixty-six ($37,666.00) Dollars plus interest less any administrative fee, from the Registry of the Court to the following individuals:

　　(a)　To LaShawn E. Mills.............................................$ 3,000.00

　　(b)　To Janice L. Jones..................................................$34,666.00 plus
　　　　　　　　　　　　　　　　　　　　　　　interest less any administrative fee.

The Clerk shall forward the payments as follows:

　　To:　LaShawn E. Mills
　　　　　c/o Robert J. Garvin, Esquire
　　　　　Goldberg, Kamin & Garvin
　　　　　1806 Frick Building, 437 Grant Street
　　　　　Pittsburgh, PA 15219

　　To:　Janice L. Jones
　　　　　737 Helena Street
　　　　　Braddock, PA 15104

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_Donetta W. Ambrose_
　　　　　　　　　　　　　　　　　DONETTA W. AMBROSE, JUDGE

f:\wpdocs\Mills, LaShawn\order of distribution
October 25, 2006 File #14012